1  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   DAVID RAIZMAN CA Bar No. 129407
2  david.raizman@ogletreedeakins.com
   AMBER L. ROLLER CA Bar No. 273354
3  amber.roller@ogletreedeakins.com
   400 South Hope Street, Suite 1200
4  Los Angeles, California  90071
   Telephone:    213.239.9800
5  Facsimile:    213.239.9045

6  Attorneys for Defendants
   G6 HOSPITALITY PROPERTY LLC and
7  MOTEL 6 OPERATING L.P.

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 **Scott Johnson,**                    Case No. 3:16-cv-05107-JSC

12          Plaintiff,                  **STIPULATION TO EXTEND TIME FOR
                                        DEFENDANTS TO RESPOND TO INITIAL
13     v.                               COMPLAINT BY NOT MORE THAN 28
                                        DAYS (L.R. 144)**
14 **G6 Hospitality Property LLC**, a Delaware
   Limited Liability Company; **Motel 6**  Complaint Filed:        September 6, 2016
15 **Operating L.P.**, a Delaware Limited  Complaint Served:       September 15, 2016
   Partnership; and Does 1-10,          Original Response Date:   October 6, 2016
16                                       New Response Date:        November 3, 2016
          Defendants.
17
                                        Judge:           Hon. Jacqueline Scott Corley
18                                       Courtroom:       F, 15th Floor (San Francisco)
                                        Trial Date:      None
19

20

21

22

23

24

25

26

27

28

26412450_1.docx

Pursuant to Rule 144 of the Local Rules of this Court, plaintiff Scott Johnson ("Plaintiff") and defendants G6 Hospitality Property LLC and Motel 6 Operating L.P. ("Defendants") hereby stipulate and agree that Defendants will have through and including November 3, 2016, in which to serve and file a response to Plaintiff's complaint in the action.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  October 6, 2016                    CENTER FOR DISABILITY ACCESS


By:  /s/ Teresa Allen
     Phyl Grace
     Teresa Allen
Attorneys for Plaintiff
SCOTT JOHNSON


DATED:  October 6, 2016                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/ Amber L. Roller
     David Raizman
     Amber L. Roller
Attorneys for Defendants
G6 HOSPITALITY PROPERTY LLC and MOTEL 6 OPERATING L.P.

UNITED STATES DISTRICT COURT

APPROVED

*Jacqueline Scott Corley*

Judge Jacqueline Scott Corley

NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS

26412450_1.docx

**SIGNATURE ATTESTATION**

I, Amber L. Roller, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  October 6, 2016                           By:  /s/ Amber L. Roller

1

**CERTIFICATE OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 400 S. Hope Street, Suite 1200,

4

Los Angeles, California 90071.

5

On October 6, 2016, I served the following document(s) described as:

6

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28

7

DAYS (L.R. 144)

8

9

With the Clerk of the United States District Court of Northern District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing

10

filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

11

12

Ray Ballister, Jr., Esq.                         Attorneys for Plaintiff
Mark Potter, Esq.                                Scott Johnson
Phyl Grace, Esq.

13

Dennis Price, Esq.
Teresa Allen, Esq.

14

CENTER FOR DISABILITY ACCESS
<u>Mail</u>: P.O. Box 262490

15

San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300

16

San Diego, CA 92131
Telephone     (858) 375-7385

17

Facsimile:    (888) 422-5191
Email:        phylg@potterhandy.com

18

19

☒      (Federal)      I declare that I am employed in the office of a member of the Bar of this

20

Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true

21

and correct.

22

Executed on October 6, 2016, at Los Angeles, California.

23

Leticia Rivera

24

_____          _____
Type or Print Name                                    Signature

25

26

26412450.1

27

28

26412450_1.docx
STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
BY NOT MORE THAN 28 DAYS